# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146415

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CORDELROE MCMUTUARY,
          Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC:  146415
COA:  313137
Kent CC:  08-004991-FC

On order of the Court, the application for leave to appeal the December 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



p0617

Clerk